IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK J. WHALING,
    Petitioner

    vs.

Robert D. Shannon,
    Warden

Civil No: 10-735

Judge:

FILED
SCRANTON
APR /?/ 2010
PER _____
DEPUTY CLERK

HABEAS CORPUS
§ 2254

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

1. The name and address of your present place of confinement: Mark J. Whaling # FW 9846  SCI-Frackville 1111 Altamont Blvd., Frackville, PA 17931

2. Are you presently in custody pursuant to the conviction(s) or sentence that you seek to challenge here?
   Yes _X_   No ___

3. **With regard to the conviction(s) or sentence you are attacking state:**
   a. The name, address, and parish of the court entering the judgment of conviction: Commonwealth of Pennsylvania, Erie County  Case # CP-25-0571-2003
   b. The date of judgment of conviction: November 5, 2003
   c. The length of your sentence: 7½ to 27 years
   d. The nature of each offense you were convicted of: PWFD (Poss w/Intent to Deliver) - Cocaine and Criminal Conspiracy
   e. Whether you were convicted of each offense following a plea of:
      i. Not guilty _✓_
      ii. Guilty ___
      iii. Nolo contendere ___
      If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: N/A

   f. If you pleaded not guilty, what kind of trial did you have? (check one)
      i. Jury _X_
      ii. Judge only ___

g.  Did you testify at trial?

Yes ___  No _X_

4. **Statute of Limitations**

28 U.S.C. § 2244(d) establishes a 1 year statute of limitations for an application for a writ of habeas corpus. Is this application barred by this 1-year period of limitation? YES ___ NO _X_

If not, state why not? _Pendency of State Appeals and Post Conviction Remedies and further Appeals Tolled the limitation period._

5. **Grounds for Present Petition**

State _concisely_ each and every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. You may attach pages stating additional grounds and facts supporting same.

**WARNING: Absent exceptional circumstances, if you fail to set forth all grounds in this petition, you will be barred from presenting additional grounds at a later date.** _See_ 28 U.S.C. § 2244.

a.  Ground one: _6TH Amendment — Violation of the Right to Confront witnesses — Hearsay — Crawford v. Washington_

Supporting FACTS (state briefly without citing cases or law) _Police witness introduced prejudicial hearsay of a non-testifying witness to bolster Co-defendant testimony as to identification — Moreover Such hearsay proves that police made willfull and intentional fabrication and false statements in search warrant application_

b.  Ground two: _4TH Amendment — Illegal Seizure/Detention of the person without a lawful warrant or probable cause._

Supporting FACTS (state briefly without citing cases or law) _petitioner was seized by police outside a residence where a warrant was being executed, he was searched, (found to have "NO" contraband) was handcuffed and detained — then arrested even though he was not named in the warrant and was not an resident of the home, 2 other females with petitioner also had no contraband but they were released after scene was secured, yet petitioner was forced to remain for Hours and taken to jail after drugs where found in home_

c. Ground three: _4TH Amendment - Illegal Search warrant allowing all persons present Search authority_
Supporting FACTS (state briefly without citing cases or law) _Police deliberately falsified search warrant affidavit by withholding material information in order to obtain an "All persons warrant" where police knew the legal names of suspects (admitted at trial) but claimed not to know in warrant affidavit._

d. Ground four: _6TH and 14TH Amendment - Ineffective Assistance of Counsel at trial and on Appeal_
Supporting FACTS (state briefly without citing cases or law) _The gross ineffective representation and advocacy of petitioner's numerous attorney's amounted to no representation at all where his attorney's refused to present the above constitutional claims in state court, resulting in petitioner having to present said claims Pro-se._

6. **Direct Appeals**

   a. Did you file a direct appeal from your judgment of conviction or sentence?
   Yes _✓_  No ___

   b. If you did file a direct appeal, for you initial appeal, answer the following:

   i. The name and address of the court where you first appealed:
   _PA Superior Court - Pittsburgh (Western Dist)_

   ii. The result of this appeal.
   _Affirmed Sentence_

   iii. The date of the decision. _____

   iv. The citation and/or docket number of the decision (if known). _2195 WDA 2003_

    v.    The grounds raised in your present habeas petition that were raised in this direct appeal.

_Ground #1 - Confrontation Clause._

  c.    If you sought review of your appeal by a higher court, answer the following:

    i.    The name and address of the court where you next applied for review:

_N/A_

    ii.    The result of this appeal.  _N/A_

    iii.    The date of the decision.  _N/A_

    iv.    The citation and/or docket number of the decision (if known).

_N/A_

    v.    The grounds raised in your present habeas petition that were raised in this earlier application for review:

_N/A_

  d.    If you filed a petition for certiorari in the U.S. Supreme Court, please answer the following with respect to each such petition:  _N/A_

    i.    The result.  _N/A_

    ii.    The date of the result.  _N/A_

    iii.    The citation and/or docket number (if known).

_N/A_

    iv.    The grounds raised in your present habeas petition that were raised in this earlier appeal..

_N/A_

7.    **Post-Conviction or other Collateral Review**

  a.    Other than the direct appeals described above, have you previously filed any petitions, applications, or motions with respect to your judgment of conviction or sentence in the state court?

Yes _✓_  No _____

b. If so, give the following information with regard to the first petition, application, or motion you filed:

   i. The name and address of the court. _Erie County Court of Common Pleas_

   ii. The nature of the proceeding. _P.C.R.A._

   iii. The date it was filed. _August 29, 2005_

   iv. The grounds raised in your present habeas petition that were raised. _All claims have been exhausted fully by Pro-se Appeal Brief filed on December 18, 2007 in # 1529-WDA-2007_

   v. Did you receive an evidentiary hearing? Yes _✓_ No ___

   vi. The result. _Sentencing Claim granted Sentence reduced * Court did not address Constitutional Claims_

   vii. Did you appeal or file an application for review to higher state courts having jurisdiction? Yes _X_ No ___

   viii. If not, briefly explain why you did not. _N/A_

   _NOR Reduction of 30,000 Fine or elimination of above ability to pay_

   ix. If so, name the court(s) to which you applied, the date of the final result in each court, and the result in each court: _PA. Superior Court - Affirmed See # 1529 WDA-2007 Comm v. Wheling_

   _PA Supreme Court # 279 WAL 2009_

c. If you filed a second petition, application, or motion, give the following information with regard to that filing:

   i. The name and address of the court. _N/A_

   ii. The nature of the proceeding. _N/A_

   iii. The date it was filed. _N/A_

   iv. The grounds raised in your present habeas petition that were raised. _N/A_

5

_N/A_

v. Did you receive an evidentiary hearing? Yes _____ No _X_

vi. The result. _N/A_

vii. Did you appeal or file an application for review to higher state courts having jurisdiction? Yes _____ No _____

viii. If not, briefly explain why you did not. _N/A_

ix. If so, name the court(s) to which you applied, the date of the final result in each court, and the result in each court: _N/A_

## 8. Exhaustion of State Remedies

Generally, any ground that you seek to present here must have first been presented to the state courts. See 28 U.S.C. § 2254(b). Attach copies of previous petitions, applications, or motions filed with the state courts where you presented each of the grounds listed in Part 5. If any of the grounds listed in Part 5 above have not been previously presented to the highest state court that has the power to consider it, state briefly what grounds were not so presented, and give your reasons for not presenting them:

_Petitioner filed Pro-Se Appeal raising all claims in current Habeas, PCRA and Appellate Counsel refused to present claims, Appellate court remanded for appointment of counsel who then refused to file claims_

## 9. Prior Federal Habeas Petitions

a. Have you filed any other petition in any federal court where you sought to attack the same conviction(s) or sentence you are challenging here? Yes _____ No _X_

b. If so, give the following information:

i. The name and address of the court where it was filed. _N/A_

ii. The docket number. _N/A_

iii. The grounds raised. _N/A_

6

N/A

10. **Other Pending Actions**

   a. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment you are attempting to attack here?   Yes _____   No _X_

   b. If so, please give the following information:
      i. The name and address of the court. __N/A__

      ii. The docket number of the action. __N/A__
      iii. The nature of the proceeding. __N/A__

11. **Attorneys Representing Petitioner**

   Give the name and address of each attorney who represented you in the following stages of the judgment attacked herein:

   a. At the preliminary hearing. __Gene Placidi__

   b. At the arraignment and plea. __Same__

   c. At trial. __Same__

   d. At sentencing. __Same__

   e. On appeal. __Same__

   f. In any post-conviction proceeding. __William Hathaway, Jack Grayer, Bruce Sandmeyer, Allen J. Adams, Garrett Taylor__ (5) Attornies

   g. On appeal from any adverse ruling in a post-conviction proceeding. __Garrett Taylor 2525 W 26TH St, Erie, PA 16506__

12. **Other Sentences**

   a. Where you sentenced for more than one offense in the same court and at the same time?
      Yes _✓_   No _____

   b. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?   Yes _____   No _✓_

7

i.  If so, give the name and location of the court which imposed the sentence to be served in the future. __N/A_____

ii. Give the date and length of the said sentence. __N/A_____

iii. Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? Yes _____ No __X__

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on x __4-5-10__.
(date)

x __Mark J. Whaling__
Signature of Petitioner
PRO-SE

JUDICIAL NOTICE

Petitioner intends to file motion for leave to file an Amended Habeas Petition and Supporting Memorandum upon obtaining assistance of Paralegal who assisted in preparing petitioners Pro-se State PCRA pleadings or other legal counsel as petitioner has been approved for transfer "West" closer to home and closer to legal assistance. Petitioner is being held in AC status since early February awaiting approved transfer.

Mark J. Whaling
FW- 9846
1111 Altamount Blvd.
Frackville Pa.
17931

(NO FEE ENCLOSED)

RECEIVED
SCRANTON
APR 07 2010
PER _____
DEPUTY CLERK

MARY E. D'AN[DREA]
CLERK OF COU[RT]
Scranton Headquarters
William J. Nealon F[ederal Bldg]
235 N. Washingto[n Ave]
P.O. Box 1148
Scranton Pa. 1850[1]

7008 0150