Dear Judge Baxter,

Inclosed please find the consent to Jurisdiction Allso I have tryed to get the forms to proceed in Forema Paupers but unable to get them I'm still in RHU Housing waiting for a transfer Nobody will answer to my Request Slips I cant get an Answer from Anybody I'm Sorry to inconveinse you About this And I dont know how to file any motions And Allso I'm in Poor Health they keep shuting off my blood presser Pill I allmost Died on March 24, 2010 Do to the Doctors Shuting me off my BP Pill Heart Rate went up to 212 beats per min And stayed that way for over 1½ Hours And never sent me out to outside Hospital I have had one Heart Attack allready no Infermery At Frackvill I Am in Fear for my life At this Point I was on the BP pill for years they shut it off for know Reason then put me Back on For About a month then shut it Back off I cant get an answer from anybody About Anything And I do not know why like I said I'm sorry. I'm getting no help I cannot Respond to your order Please forgive me I cant spell verry well Allso I'm limited on what I can spell or do so I need some help if it all possibal I do not know what else to say at this Point but I'm in fear for my life From medical I would have been transferd by now but a guard Fabrecated a misconduct Agenst me (4) day prior to me seeing Parole unbelivable they give 120 day in RHU Because of that Fabrecated

misconduct I would have never signed my Parole my Prison Record speaks for itself I'm heart broken over this I am truly Innocent on this case I do not want to DIE unjustly in prison not this way no medical care very BAD I have to write this to you in case I die in here they put me in a cell all the way at the end of the Hall way no one would ever hear me if I need help no call buttons in Frackville for (911) And they keep shutting off my BP pill I have very very High Blood pressure And they know this I'm sorry to be a burden on you Judge Baxter I do not deserve this I need And would like to go home I'm Innocent Please Read my case Don't just throw it out Joe Kress framed me he was not truthful Please Read carefully. Please. I'm Pleading with you I'm a good person I did not deserve this I never knew or seen any drugs on Oct 24 2007 And I surely did not conspire with Celestin Egue to sell drugs that is the truth Please Read over good I'm sorry again I just want Everybody Know Before I die unjustly in prison so if you can help me get out on Bail I'm in Poor Health if that can be done Please Don't let me die this way for Something I did not do on Oct 24, 2007 I have a daughter I would like to see Again And hold in my arms and get to know each other again thank you for taking the time to read this I don't mean to be a burden on the courts

Yours truly
MARK J. Whaling