# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Mark J. Whaling )
)
)
Petitioner )
vs. ) No.   1:10-cv-83
Robert D. Shannon, et al )
)
)
Respondents )

HEARING ON   May 10, 2010   Motion Hearing

Before   U. S. Magistrate Judge Susan Paradise Baxter

Mark J. Whaling, pro se                           Mary Friedline, Esq., Atty Gen Office

Appear for Plaintiff                              Appear for Defendant

Hearing Begun 10:27                               Hearing Adjourned to 10:47

Hearing concluded C.A.V.                          Stenographer Ron Bench
                                                  CD:           Index:

### WITNESSES
For Plaintiff                                     For Defendant

"Letter Motion for Bail" [document #7] is dismissed for lack of personal jurisdiction. Letter from Petitioner's sister discussed.

Also present at hearing: Dr. Stan Stanish; Vicky Stanishiski, HCA; Pete Damiter, Sup. Asst.; Scott Allen, RHU Lt; & William Hauser, RHU Sgt.

*[signature]*
Staff Atty.